IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| FREDDIE HAMMONDS | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | CIVIL ACTION NO. 1:09CV642-LG-RHW |
| | § | |
| JASON LENNEP and F. A. RICHARD | § | |
| &ASSOCIATES, INC. | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss pursuant to Rule 12(b)(6) [3] filed by the defendants, Jason Lennep and F. A. Richard & Associates, Inc., the Court, after a full review and consideration of the defendants' Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss pursuant to Rule 12(b)(6) [3] filed by the defendants, Jason Lennep and F. A. Richard & Associates, Inc., is **GRANTED**. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 20th day of October, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE